# UNITED STATES DISTRICT COURT
Western District of Arkansas
## U.S. Probation / Pretrial Services

**Myron Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain Road
Fayetteville, Arkansas 72701
(479) 442-9892
Fax - (479) 442-5276

December 19, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
P.O. Box 6420
Fayetteville, Arkansas 72701

RE:   **KRUMM, Tonya**
       **Case #5:04CR50018-004**

Dear Judge Hendren:

This is to seek the court's guidance in the matter of supervision in this case. On December 14, 2004, Ms. Krumm was sentenced for Conspiracy to distribute methamphetamine to (27) months imprisonment, (3) year term of supervised release, $2,500 fine, and $100 special assessment. The offender's term of supervision commenced on May 22, 2006.

On November 21, 2007, a letter was received from U.S. Probation Officer Selina Earsa reporting Krumm does not have any plans to move back to the Western District of Arkansas. She has a stable residence in Little Rock, Arkansas and is doing well under supervision. Based on the above information, our office is requesting that Ms. Krumm's case with jurisdiction be transferred to the Eastern District of Arkansas.

If the Court is in agreement, enclosed is the Transfer of Jurisdiction form prepared for Your Honor's signature.

Respectfully,

William E. Dunn Jr.
Supervising U.S. Probation Officer

___ Take No Action

✓ Initiate Transfer of Jurisdiction

_____   12/21/07
Honorable Jimm Larry Hendren     Date
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 2 1 2007
CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK